**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6787**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FRITZNEL PASTEUR, a/k/a Wilson Pasteur, a/k/a Jean Kelly,

Defendant -Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Raymond A. Jackson, District Judge.   (2:07-cr-00059-RAJ-TEM-1)

Submitted:  August 20, 2012        Decided:  August 30, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fritznel Pasteur, Appellant Pro Se.   Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fritznel Pasteur appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Pasteur, No. 2:07-cr-00059-RAJ-TEM-1 (E.D. Va. Feb. 27, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED